UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RACHEL JAMES, | Case No. C21-5638-SKV |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties and the Declaration of Nancy Zaragoza, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REMANDED to the Commissioner of Social Security for further administrative proceedings.

This Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g), for a new hearing and decision. This Court shall retain jurisdiction of the matter, and no Judgment shall be issued at this time. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993).

DATED this 1st day of December, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Nancy C. Zaragoza
NANCY C. ZARAGOZA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3693
Fax:  (206) 615-2531
nancy.zaragoza@ssa.gov